AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KNIGHT WALL SYSTEMS, INC. )
)
)
)
*Plaintiff(s)* )
)
v. )          Civil Action No.   25-cv-3683-GPG
PRECISION WALL SYSTEMS, INC. )
)
)
)
)
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant Precision Wall Systems, Inc. DBA Gridworx, 10980 Alder Circle, Dallas, Texas 75238.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessie L. Pellant
Timothy M. Sullivan
Mark G. Emde
Larissa M. Goodman
StudioIP Law, LLC
3000 Lawrence St.
Denver, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        11/17/2025



s/ E. Gutho

*Signature of Clerk or Deputy Clerk*